**No. 61029.**—General Shipping & Trading Co. and Moreno Tedeschi *v.* United States, protest 286941–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of mosaics, entitled to free entry under paragraph 1774, as amended, *supra*, and that the necessary customs forms are now in evidence as exhibits 1 and 2, the claim of the plaintiffs was sustained.